NOT FOR PUBLICATION                                             (Doc. No. 3)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARVIN,

         Plaintiff,                      Civil No. 12-5320 (RBK)

v.                                      ORDER

POLICE OFFICER DALESIO, et. al.

         Defendants.

FILED
SEP 10 2015
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

**KUGLER**, United States District Judge:

      **THIS MATTER** having come before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 3); and

      **IT APPEARING TO THE COURT** that Plaintiff's motion was incomplete; and

      **IT IS HEREBY ORDERED** that the Clerk of the Court is to administratively terminate this action without filing the Complaint or assessing a filing fee; and

      **IT IS HEREBY FURTHER ORDERED** that the Clerk of the Court shall attach a copy of this Court's "Application for Prisoners to Proceed In Forma Pauperis (Short Form)"; and

      **IT IS HEREBY FURTHER ORDERED** that Plaintiff has **thirty (30) days** from the date of this Order to re-open this action by paying the filing fee or filing the application to proceed *in forma pauperis*.

Dated: 9/8/2015

                                                              ROBERT B. KUGLER
                                                              United States District Judge

1